ANGELOS P. ROMAS, Appellant, v GEORGE ARENA et al., Respondents. (Appeal No. 2.) [632 NYS2d 992] —Appeal unani-

mously dismissed without costs *(see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeal from Order of Supreme Court, Monroe County, Cornelius, J.—Dismiss Complaint.) Present—Denman, P. J., Fallon, Wesley, Doerr and Boehm, JJ.